

**Office of the Clerk**

**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
**William J. Nealon Federal Bldg. & U.S. Courthouse**
**235 North Washington Avenue**
**P.O. Box 1148**
**Scranton, PA 18501-1148**

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

**Peter J. Welsh**
**Clerk of Court**

**Divisional Offices:**

**Harrisburg:**
(717) 221-3920

**Williamsport:**
(570) 323-6380

October 5, 2021

The Honorable Robert D. Mariani
United States District Judge
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18503

Re:   Report of the Mediator
      <u>Brennan v. Reading Anthracite Company</u>, 3:21-CV-602 (Mariani, J.)

Dear Judge Mariani:

Mediation occurred as ordered. I am pleased to report the matter is <u>settled</u>.

Thank you for the opportunity to serve as mediator in this case.

Sincerely,

s/ *Joseph A. Barrett*
Joseph A. Barrett