THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EMILY BRENNAN,

        Plaintiff,

v.

        3:21-CV-602
        (JUDGE MARIANI)

READING ANTHRACITE COMPANY,

        Defendant.

## ORDER

**AND NOW**, THIS \_\_6th\_\_ **DAY OF OCTOBER, 2021,** upon receipt of Mediator Joseph Barrett, Esq.'s letter stating that the above-captioned matter has settled (Doc. 14), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

                                          Robert D. Mariani
                                          United States District Judge