# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY BRENNAN,<br><br>                *Plaintiff*,<br>v.<br><br>READING ANTHRACITE COMPANY,<br><br>                *Defendant*. | **Case No. 3:21-cv-00602-RDM**<br><br>**Hon. Robert D. Mariani** |

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

The parties to the above action, by and through their undersigned counsel, hereby **STIPULATE AND AGREE** to the dismissal of this matter with prejudice pursuant to Fed. R. Civ. 41(a)(1)(A)(ii).

Dated:   November 24, 2021

Respectfully submitted,

| | |
|---|---|
| *s/ Laura C. Mattiacci* | *s/Marie S. Barbich* |
| CONSOLE MATTIACCI LAW LLC | Bunker & Ray |
| Laura C. Mattiacci, Esquire | Marie S. Barbich, Esquire |
| 1525 Locust St., 9th Floor | 436 Walnut Street, WA01A |
| Philadelphia, PA 19102 | Philadelphia, PA 19106 |
| (215) 545-7676 | (215) 845-6155 |
| Attorney for Plaintiff | Attorney for Defendant |

IT IS SO ORDERED:

Dated:_____   _____
                                                                            J.